## Government Exhibit 1



## GOVERNMENT EXHIBIT 1A

## Disk Containing Video Clip of Defendant