Government Ex. 2



**Lantern Forensic Report**

# Overview

| | |
|---|---|
| **Agency** | |
| **Case** | |
| **Date** | 11/16/2015 09:36:14 EST |
| **Examiner** | |
| **Lantern Version** | 4.5.6 |
| **Notes** | |
| **Time Zone** | AUTO |

# Evidence Summary

| | |
|---|---|
| **Kik Messenger** | 512 |

# People

| Name | |
|---|---|
| Acquisitions | 1 |
| Emails | |

## Delaware's iPad

| | |
|---|---|
| Manufacturer | Apple Inc. |
| Name | Delaware's iPad |
| Acquisition Type | Device |
| Type | iPad 4 (Wifi) |
| Model | MD512 |
| Firmware | iBoot-1940.10.58 |
| Serial Number | DMPKN7WJF184 |
| Software Version | 7.1.2 |
| Software Build | 11D257 |
| UDID | f3cc18e0e84d43bca411413fab944819c1998d2c |
| Bluetooth MAC | 04:e5:36:0a:8a:67 |
| Wifi MAC | 04:e5:36:0a:8a:66 |
| Acquisition Hash | 69e6b89a7414e29f0ccebf6ba6785760779aa318 |
| Acquisition Started | November 13, 2015 at 7:34:59 AM EST |
| Acquisition Ended | November 13, 2015 at 7:51:06 AM EST |
| Acquisition Size | 1.8 GB for 33398 files |
| Emails | |

# Kik Messenger

| Hashes | MD5: 76be8ba5ec8cdb2655e4ad173b7ae597<br>SHA1: bd35757e91bf82f68a48ea005671483b0619f1ef |
|---|---|
| Reporting | 512 of 2417 |
| Source File | private/var/mobile/Applications/com.kik.chat/Documents/kik.sqlite |

## Legend

| ↙ | Incoming |
|---|---|
| ↗ | Outgoing |
| 📎 | Attachment(s) |

| 🚩 | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 11/08/2015 20:19:54 EST | Rob N/A | RobertTheW1se | I'm scared. What happened |
| ✅ | ↗ | | 11/08/2015 20:04:03 EST | Rob N/A | RobertTheW1se | I'm not in trouble am i |
| ✅ | ↗ | | 11/08/2015 19:57:12 EST | Rob N/A | RobertTheW1se | What. Ok 😢 You where first nice guy i met. I'll miss you😢 |
| ✅ | ↙ | | 11/08/2015 18:52:26 EST | Rob N/A | RobertTheW1se | Bye |
| ✅ | ↙ | | 11/08/2015 18:52:23 EST | Rob N/A | RobertTheW1se | Again, it its you. I'm not talking to anyone anymore. |
| ✅ | ↙ | | 11/08/2015 18:52:00 EST | Rob N/A | RobertTheW1se | No, and it's nothing you did, but I don't think we should talk anymore. I can't explain , but I have too much going on, and I need to pull away from talking to people online altogether. This will be my last message. I'm sorry, but I won't be on kik or meet 24 ever again. |
| ✅ | ↗ | | 11/07/2015 12:00:54 EST | Rob N/A | RobertTheW1se | U mad |
| ✅ | ↗ | | 11/06/2015 21:08:44 EST | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 11/06/2015 21:08:43 EST | Rob N/A | RobertTheW1se | 😢 i trusted u |
| ✅ | ↗ | | 11/06/2015 19:13:25 EST | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 11/06/2015 19:13:24 EST | Rob N/A | RobertTheW1se | I hope u weren't just playing games with me bc i really want to c u |
| ✅ | ↗ | | 11/06/2015 17:58:41 EST | Rob N/A | RobertTheW1se | Or mayb Sunday? Mom has to work so i could meet up w u |
| ✅ | ↗ | | 11/06/2015 17:53:31 EST | Rob N/A | RobertTheW1se | I wanted to c u soon..I can play sick sometime next week ? |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 11/06/2015 17:51:47 EST | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 11/06/2015 17:51:46 EST | Rob N/A | RobertTheW1se | What's goin on? |
| ✅ | ↗ | | 11/03/2015 19:51:35 EST | Rob N/A | RobertTheW1se | Did i do something wrong? |
| ✅ | ↗ | | 11/03/2015 19:50:46 EST | Rob N/A | RobertTheW1se | Thought ud b gone for 2 weeks nd then ud b back and want to tlk like before |
| ✅ | ↗ | | 11/03/2015 19:37:29 EST | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 11/03/2015 19:37:28 EST | Rob N/A | RobertTheW1se | R u mad? |
| ✅ | ↗ | | 11/02/2015 17:24:51 EST | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 11/02/2015 17:24:50 EST | Rob N/A | RobertTheW1se | 😢 guess u dont wanna chat |
| ✅ | ↗ | | 11/01/2015 14:20:37 EST | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 11/01/2015 14:20:37 EST | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↗ | | 10/31/2015 14:30:07 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✅ | ↗ | | 10/31/2015 10:33:50 EDT | Rob N/A | RobertTheW1se | U there? |
| ✅ | ↗ | | 10/29/2015 15:01:06 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↗ | | 10/27/2015 17:05:21 EDT | Rob N/A | RobertTheW1se | Oh that sux. Hope u feel better so u can come c me 😊 if u still want |
| ✅ | ↙ | | 10/27/2015 17:03:56 EDT | Rob N/A | RobertTheW1se | Leftover chili that I didn't reheat hot enough |
| ✅ | ↗ | | 10/27/2015 17:03:36 EDT | Rob N/A | RobertTheW1se | Yuck wat did u eat |
| ✅ | ↙ | | 10/27/2015 17:03:24 EDT | Rob N/A | RobertTheW1se | Depends on how I feel tomorrow |
| ✅ | ↙ | | 10/27/2015 17:03:15 EDT | Rob N/A | RobertTheW1se | No, I think it was something I ate yesterday, but I don't know yet |
| ✅ | ↗ | | 10/27/2015 16:58:35 EDT | Rob N/A | RobertTheW1se | Oh that sux. Did u get sick on ur trip? |
| ✅ | ↙ | | 10/27/2015 16:58:09 EDT | Rob N/A | RobertTheW1se | I'm sick though 😢 |
| ✅ | ↙ | | 10/27/2015 16:58:03 EDT | Rob N/A | RobertTheW1se | I'm around |
| ✅ | ↗ | | 10/27/2015 16:06:52 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✅ | ↗ | | 10/27/2015 15:51:22 EDT | Rob N/A | RobertTheW1se | Hi 😊 u there |
| ✅ | ↙ | | 10/27/2015 10:41:29 EDT | Rob N/A | RobertTheW1se | I should be. I'm off work today |
| ✅ | ↗ | | 10/27/2015 10:04:38 EDT | Rob N/A | RobertTheW1se | Hi 😊 will u b on later? |
| ✅ | ↙ | | 10/27/2015 07:32:20 EDT | Rob N/A | RobertTheW1se | Good morning 😊 |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ✔ | 🔗 | 10/27/2015 07:32:20 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ✔ | | 10/26/2015 21:22:34 EDT | Rob N/A | RobertTheW1se | U there? Glad ur back 😊 😊 |
| ✅ | ✔ | | 10/26/2015 21:22:13 EDT | Rob N/A | RobertTheW1se | Hi 😊 |
| ✅ | ✔ | | 10/26/2015 09:16:40 EDT | Rob N/A | RobertTheW1se | I'm back 😎 |
| ✅ | ✔ | | 10/25/2015 10:19:21 EDT | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ✔ | | 10/25/2015 10:19:20 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ✔ | | 10/19/2015 16:45:51 EDT | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ✔ | | 10/19/2015 16:45:50 EDT | Rob N/A | RobertTheW1se | I know u wont see this but i miss chat with u😢 |
| ✅ | ✔ | | 10/09/2015 15:49:34 EDT | Rob N/A | RobertTheW1se | Please please please text me when u get back. Hopefully you be back early😊 |
| ✅ | ✔ | | 10/09/2015 15:48:46 EDT | Rob N/A | RobertTheW1se | Wanted to say goodbye. I'll miss u 😢 |
| ✅ | ✔ | | 10/08/2015 19:44:30 EDT | Rob N/A | RobertTheW1se | U there? 😢 |
| ✅ | ✔ | | 10/08/2015 19:08:12 EDT | Rob N/A | RobertTheW1se | Yea my friend came over for a little but she just left |
| ✅ | ✔ | | 10/08/2015 19:05:47 EDT | Rob N/A | RobertTheW1se | Hi 😊 |
| ✅ | ✔ | | 10/08/2015 17:03:00 EDT | Rob N/A | RobertTheW1se | I'm working on my bike |
| ✅ | ✔ | | 10/08/2015 17:02:50 EDT | Rob N/A | RobertTheW1se | Your friend? |
| ✅ | ✔ | | 10/08/2015 16:57:27 EDT | Rob N/A | RobertTheW1se | Bye |
| ✅ | ✔ | | 10/08/2015 16:48:09 EDT | Rob N/A | RobertTheW1se | Will u b on later? My friend is comin over |
| ✅ | ✔ | | 10/08/2015 16:31:19 EDT | Rob N/A | RobertTheW1se | Thx haha I'm really ticklish but I'll try not to b |
| ✅ | ✔ | | 10/08/2015 16:20:57 EDT | Rob N/A | RobertTheW1se | You have a sexy stomach |
| ✅ | ✔ | | 10/08/2015 16:20:49 EDT | Rob N/A | RobertTheW1se | I want to lick chocolate off your belly 😉 |
| ✅ | ✔ | | 10/08/2015 16:18:29 EDT | Rob N/A | RobertTheW1se | Yea sry |
| ✅ | ✔ | | 10/08/2015 16:17:11 EDT | Rob N/A | RobertTheW1se | I'm chatting now aren't I? |
| ✅ | ✔ | | 10/08/2015 16:14:50 EDT | Rob N/A | RobertTheW1se | 😢 if u dont want to chat its ok |

| 🏳 | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↙ | | 10/08/2015 16:12:55 EDT | Rob N/A | RobertTheW1se | But I don't have an overseas plan |
| ✅ | ↙ | | 10/08/2015 16:12:46 EDT | Rob N/A | RobertTheW1se | If my phone worked, I could be on here |
| ✅ | ↗ | | 10/08/2015 16:11:48 EDT | Rob N/A | RobertTheW1se | Will u hav ur phone? We could txt? |
| ✅ | ↙ | | 10/08/2015 16:11:41 EDT | Rob N/A | RobertTheW1se | Hello |
| ✅ | ↗ | | 10/08/2015 16:11:31 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↙ | | 10/08/2015 06:59:26 EDT | Rob N/A | RobertTheW1se | It's only a few weeks, then I'll be back. |
| ✅ | ↗ | | 10/07/2015 22:26:30 EDT | Rob N/A | RobertTheW1se | i gtg night |
| ✅ | ↗ | | 10/07/2015 22:09:25 EDT | Rob N/A | RobertTheW1se | R u really goin overseas or do u not want to talk anymore? If u dont want to chat just tell me. I'm not mad i had fun chatting |
| ✅ | ↗ | | 10/07/2015 22:04:45 EDT | Rob N/A | RobertTheW1se | U can take a pic of me when i see u |
| ✅ | ↙ | | 10/07/2015 22:04:22 EDT | Rob N/A | RobertTheW1se | It's not you in your panties, but it's nice |
| ✅ | ↗ | | 10/07/2015 22:04:18 EDT | Rob N/A | RobertTheW1se | Sad ur leaving 😢 |
| ✅ | ↗ | | 10/07/2015 22:04:07 EDT | Rob N/A | RobertTheW1se | Thanks 😊 glad u like |
| ✅ | ↙ | | 10/07/2015 22:03:46 EDT | Rob N/A | RobertTheW1se | It's pretty dark, but I see a body I would love to touch and experience |
| ✅ | ↙ | | 10/07/2015 22:03:25 EDT | Rob N/A | RobertTheW1se | I like what I can see 😊 |
| ✅ | ↗ | | 10/07/2015 22:02:58 EDT | Rob N/A | RobertTheW1se | Did u not like my pic 😢 |
| ✅ | ↙ | | 10/07/2015 22:02:56 EDT | Rob N/A | RobertTheW1se | This weekend |
| ✅ | ↗ | | 10/07/2015 22:02:50 EDT | Rob N/A | RobertTheW1se | 😢 when do u hav to go? |
| ✅ | ↗ | | 10/07/2015 22:02:33 EDT | Rob N/A | RobertTheW1se | What news? |
| ✅ | ↙ | | 10/07/2015 22:02:28 EDT | Rob N/A | RobertTheW1se | My work is sending me overseas for a few weeks, and I won't have Internet connection |
| ✅ | ↙ | | 10/07/2015 22:02:03 EDT | Rob N/A | RobertTheW1se | It's kinda good for me, kinda bad. |
| ✅ | ↙ | | 10/07/2015 22:01:55 EDT | Rob N/A | RobertTheW1se | You're not going to like the news I got today 😢 |
| ✅ | ↗ | | 10/07/2015 21:23:38 EDT | Rob N/A | RobertTheW1se | U there? |
| ✅ | ↗ | 📎 | 10/07/2015 21:16:54 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↗ | | 10/07/2015 21:16:11 EDT | Rob N/A | RobertTheW1se | Yeah i hope u like it |
| ✅ | ↙ | | 10/07/2015 21:06:32 EDT | Rob N/A | RobertTheW1se | Can I see? |
| ✅ | ↙ | | 10/07/2015 21:06:28 EDT | Rob N/A | RobertTheW1se | Oh yeah? |
| ✅ | ↗ | | 10/07/2015 20:50:44 EDT | Rob N/A | RobertTheW1se | I took a pic for u but still kinda nervous |
| ✅ | ↗ | | 10/07/2015 17:22:32 EDT | Rob N/A | RobertTheW1se | U there? 😢 |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|------|------|----------|---------|
| ✅ | ↗ | | 10/07/2015 15:58:47 EDT | Rob N/A | RobertTheW1se | Yeah doin hw ugh |
| ✅ | ↙ | | 10/07/2015 15:51:47 EDT | Rob N/A | RobertTheW1se | Home? |
| ✅ | ↗ | | 10/07/2015 15:37:55 EDT | Rob N/A | RobertTheW1se | Nervous 😳 hi 😊 lol |
| ✅ | ↙ | | 10/07/2015 04:42:17 EDT | Rob N/A | RobertTheW1se | I knew you wouldn't do it 😜 |
| ✅ | ↗ | | 10/06/2015 20:53:09 EDT | Rob N/A | RobertTheW1se | Bye 😊 |
| ✅ | ↙ | | 10/06/2015 20:52:59 EDT | Rob N/A | RobertTheW1se | Bye for now |
| ✅ | ↙ | | 10/06/2015 20:52:52 EDT | Rob N/A | RobertTheW1se | Ok |
| ✅ | ↗ | | 10/06/2015 20:52:07 EDT | Rob N/A | RobertTheW1se | Ugh she's yelling for me to fold laundry. Hate laundry |
| ✅ | ↗ | | 10/06/2015 20:50:48 EDT | Rob N/A | RobertTheW1se | I'll try after school before mom gets home |
| ✅ | ↙ | | 10/06/2015 20:50:19 EDT | Rob N/A | RobertTheW1se | What time can you be on? |
| ✅ | ↗ | | 10/06/2015 20:49:06 EDT | Rob N/A | RobertTheW1se | What time will u b on tomor? Dont want to miss u |
| ✅ | ↗ | | 10/06/2015 20:48:24 EDT | Rob N/A | RobertTheW1se | K |
| ✅ | ↙ | | 10/06/2015 20:48:12 EDT | Rob N/A | RobertTheW1se | I'm hard thinking about your body |
| ✅ | ↙ | | 10/06/2015 20:47:35 EDT | Rob N/A | RobertTheW1se | I'm going to go eat dinner now |
| ✅ | ↙ | | 10/06/2015 20:47:27 EDT | Rob N/A | RobertTheW1se | Yes |
| ✅ | ↗ | | 10/06/2015 20:46:16 EDT | Rob N/A | RobertTheW1se | K I'll try Will u b on tomor? |
| ✅ | ↙ | | 10/06/2015 20:45:38 EDT | Rob N/A | RobertTheW1se | Please do it tonight though. Even if I'm not on |
| ✅ | ↙ | | 10/06/2015 20:45:14 EDT | Rob N/A | RobertTheW1se | Boo |
| ✅ | ↗ | | 10/06/2015 20:45:06 EDT | Rob N/A | RobertTheW1se | O haha sry I'll try to take one later when she not around |
| ✅ | ↙ | | 10/06/2015 20:44:34 EDT | Rob N/A | RobertTheW1se | I can't wait to see your picture |
| ✅ | ↗ | | 10/06/2015 20:44:22 EDT | Rob N/A | RobertTheW1se | Wat? Lol |
| ✅ | ↙ | | 10/06/2015 20:43:47 EDT | Rob N/A | RobertTheW1se | Right now in your picture and in person |
| ✅ | ↗ | | 10/06/2015 20:42:40 EDT | Rob N/A | RobertTheW1se | If u let me kno what day i will make sure my mom is workin |
| ✅ | ↗ | | 10/06/2015 20:42:12 EDT | Rob N/A | RobertTheW1se | Me too 😊 |
| ✅ | ↙ | | 10/06/2015 20:40:58 EDT | Rob N/A | RobertTheW1se | I'm excited to see you |
| ✅ | ↙ | | 10/06/2015 20:40:47 EDT | Rob N/A | RobertTheW1se | Yeah we definitely want to be alone |
| ✅ | ↙ | | 10/06/2015 20:40:22 EDT | Rob N/A | RobertTheW1se | Of course |
| ✅ | ↗ | | 10/06/2015 20:38:30 EDT | Rob N/A | RobertTheW1se | Dont wanna get in trouble lol |
| ✅ | ↗ | | 10/06/2015 20:38:20 EDT | Rob N/A | RobertTheW1se | How can we do this? I can stay home sick from school just have to make sure mom is working |
| ✅ | ↗ | | 10/06/2015 20:24:45 EDT | Rob N/A | RobertTheW1se | Thx 😊 |
| ✅ | ↙ | | 10/06/2015 20:24:35 EDT | Rob N/A | RobertTheW1se | Good, trust is a two way street. I'm starting to trust you as well |
| ✅ | ↗ | | 10/06/2015 20:24:08 EDT | Rob N/A | RobertTheW1se | I'm excited. Still nervous but i trust u |
| ✅ | ↙ | | 10/06/2015 20:22:46 EDT | Rob N/A | RobertTheW1se | I will make you look sexier than ever, just for me |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↙ | | 10/06/2015 20:22:27 EDT | Rob N/A | RobertTheW1se | Oh I so want you to pose for me 😊 |
| ✅ | ↗ | | 10/06/2015 20:19:38 EDT | Rob N/A | RobertTheW1se | I'll let u take pics if u want when i see u |
| ✅ | ↗ | | 10/06/2015 20:19:25 EDT | Rob N/A | RobertTheW1se | So nervous lol |
| ✅ | ↙ | | 10/06/2015 20:15:39 EDT | Rob N/A | RobertTheW1se | I want to see you in just a tshirt and panties, smiling at me |
| ✅ | ↗ | | 10/06/2015 20:15:15 EDT | Rob N/A | RobertTheW1se | I'm on ipad tho lol |
| ✅ | ↙ | | 10/06/2015 20:14:29 EDT | Rob N/A | RobertTheW1se | I would suggest the bathroom, that's an excusable place to go for a few minutes |
| ✅ | ↗ | | 10/06/2015 20:13:16 EDT | Rob N/A | RobertTheW1se | My mom is watching tv with me now but I'll try to sneak away nd send one |
| ✅ | ↙ | | 10/06/2015 20:11:50 EDT | Rob N/A | RobertTheW1se | So what do you say, wanna show me something? |
| ✅ | ↗ | | 10/06/2015 20:10:41 EDT | Rob N/A | RobertTheW1se | 😊 |
| ✅ | ↙ | | 10/06/2015 20:10:28 EDT | Rob N/A | RobertTheW1se | 😊 I want to make you mine |
| ✅ | ↗ | | 10/06/2015 20:07:17 EDT | Rob N/A | RobertTheW1se | Idk i hope u dont want to share |
| ✅ | ↙ | | 10/06/2015 20:06:59 EDT | Rob N/A | RobertTheW1se | No. Everything you send me is for my eyes only |
| ✅ | ↙ | | 10/06/2015 20:06:47 EDT | Rob N/A | RobertTheW1se | Why would I want to share you with anyone else? |
| ✅ | ↗ | | 10/06/2015 20:05:35 EDT | Rob N/A | RobertTheW1se | I'm happy u want to see me tho |
| ✅ | ↗ | | 10/06/2015 20:05:00 EDT | Rob N/A | RobertTheW1se | I had a bad experience with sending a pic before nd he said he was goin to put it online |
| ✅ | ↙ | | 10/06/2015 20:04:48 EDT | Rob N/A | RobertTheW1se | And cute cute cute |
| ✅ | ↙ | | 10/06/2015 20:04:42 EDT | Rob N/A | RobertTheW1se | Of course I do, you're so sweet |
| ✅ | ↗ | | 10/06/2015 20:03:54 EDT | Rob N/A | RobertTheW1se | U do? |
| ✅ | ↙ | | 10/06/2015 20:03:16 EDT | Rob N/A | RobertTheW1se | And I do want to come see you |
| ✅ | ↙ | | 10/06/2015 20:02:54 EDT | Rob N/A | RobertTheW1se | I love seeing you |
| ✅ | ↙ | | 10/06/2015 20:02:50 EDT | Rob N/A | RobertTheW1se | I do want pictures of you. As many as you will send me |
| ✅ | ↗ | | 10/06/2015 20:02:22 EDT | Rob N/A | RobertTheW1se | I wanted to c u but if u dont want to its fine. We can just b chat friends |
| ✅ | ↙ | | 10/06/2015 20:02:20 EDT | Rob N/A | RobertTheW1se | But you said I could see you in your panties |
| ✅ | ↙ | | 10/06/2015 20:02:11 EDT | Rob N/A | RobertTheW1se | We've been over this, no |
| ✅ | ↗ | | 10/06/2015 20:01:52 EDT | Rob N/A | RobertTheW1se | Do u just want pics? |
| ✅ | ↙ | | 10/06/2015 20:01:15 EDT | Rob N/A | RobertTheW1se | Well go to your bedroom, or the bathroom, and take off your pants |
| ✅ | ↗ | | 10/06/2015 20:00:58 EDT | Rob N/A | RobertTheW1se | I'm in living room now watchin tv |
| ✅ | ↗ | | 10/06/2015 20:00:31 EDT | Rob N/A | RobertTheW1se | Are you in your bedroom? |
| ✅ | ↗ | | 10/06/2015 19:59:39 EDT | Rob N/A | RobertTheW1se | I haven't seen very many lol but yea |
| ✅ | ↙ | | 10/06/2015 19:58:44 EDT | Rob N/A | RobertTheW1se | Do you think it's big? |

| | | | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✓ | ↗ | | 10/06/2015 19:58:07 EDT | Rob N/A | RobertTheW1se | I'm nervous haha but excited |
| ✓ | ↙ | | 10/06/2015 19:57:14 EDT | Rob N/A | RobertTheW1se | I'm imagining you on your knees in front of me with you hand wrapped around it, staring at it, and looking up at me, and then putting it in your mouth |
| ✓ | ↗ | | 10/06/2015 19:50:12 EDT | Rob N/A | RobertTheW1se | Idk haha i haven't seen many |
| ✓ | ↙ | | 10/06/2015 19:45:07 EDT | Rob N/A | RobertTheW1se | What do you like about it? |
| ✓ | ↙ | | 10/06/2015 19:44:48 EDT | Rob N/A | RobertTheW1se | Yea lol |
| ✓ | ↙ | | 10/06/2015 19:43:51 EDT | Rob N/A | RobertTheW1se | You like? |
| ✓ | ↙ | | 10/06/2015 19:43:30 EDT | Rob N/A | RobertTheW1se | Oo wow |
| ✓ | ↙ | 📎 | 10/06/2015 19:42:42 EDT | Rob N/A | RobertTheW1se | |
| ✓ | ↗ | | 10/06/2015 19:42:04 EDT | Rob N/A | RobertTheW1se | Yes mayb 😊 |
| ✓ | ↙ | | 10/06/2015 19:41:08 EDT | Rob N/A | RobertTheW1se | If I push my boxers down, will you take a picture for me in your panties? |
| ✓ | ↗ | | 10/06/2015 19:40:19 EDT | Rob N/A | RobertTheW1se | Idk lol up to u |
| ✓ | ↙ | | 10/06/2015 19:40:01 EDT | Rob N/A | RobertTheW1se | Is that a request? |
| ✓ | ↗ | | 10/06/2015 19:39:33 EDT | Rob N/A | RobertTheW1se | I can't see anything ;-) haha |
| ✓ | ↙ | 📎 | 10/06/2015 19:37:49 EDT | Rob N/A | RobertTheW1se | |
| ✓ | ↙ | | 10/06/2015 19:37:29 EDT | Rob N/A | RobertTheW1se | Getting ready to zip up my pants. 😉 |
| ✓ | ↗ | | 10/06/2015 19:37:17 EDT | Rob N/A | RobertTheW1se | What r u doin |
| ✓ | ↗ | | 10/06/2015 19:36:38 EDT | Rob N/A | RobertTheW1se | Ohh Haha 😊 |
| ✓ | ↙ | | 10/06/2015 19:35:45 EDT | Rob N/A | RobertTheW1se | I just got home, only had time to take off my riding suit, haven't even put on pants yet |
| ✓ | ↙ | | 10/06/2015 19:35:20 EDT | Rob N/A | RobertTheW1se | Hello 😊 |
| ✓ | ↗ | | 10/06/2015 19:34:01 EDT | Rob N/A | RobertTheW1se | Hi 😊 |
| ✓ | ↙ | | 10/06/2015 19:33:37 EDT | Rob N/A | RobertTheW1se | Me too |
| ✓ | ↗ | | 10/06/2015 19:24:34 EDT | Rob N/A | RobertTheW1se | Hi 😊 sry i missed u |

| ⚑ | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✓ | ↙ | | 10/05/2015 19:47:10 EDT | Rob N/A | RobertTheW1se | I can't reply while riding |
| ✓ | ↙ | | 10/05/2015 19:47:03 EDT | Rob N/A | RobertTheW1se | Just got home |
| ✓ | ↗ | | 10/05/2015 19:11:20 EDT | Rob N/A | RobertTheW1se | U there? 😢 |
| ✓ | ↗ | | 10/05/2015 18:31:17 EDT | Rob N/A | RobertTheW1se | Wow 😊 |
| ✓ | ↙ | | 10/05/2015 18:30:41 EDT | Rob N/A | RobertTheW1se | . |
| ✓ | ↙ | 📎 | 10/05/2015 18:30:41 EDT | Rob N/A | RobertTheW1se | |
| ✓ | ↗ | | 10/05/2015 18:25:52 EDT | Rob N/A | RobertTheW1se | Still changing? |
| ✓ | ↗ | | 10/05/2015 18:19:03 EDT | Rob N/A | RobertTheW1se | K 😊 |
| ✓ | ↙ | | 10/05/2015 18:18:43 EDT | Rob N/A | RobertTheW1se | I'll take a picture |
| ✓ | ↙ | | 10/05/2015 18:17:50 EDT | Rob N/A | RobertTheW1se | Like coveralls |
| ✓ | ↗ | | 10/05/2015 18:17:40 EDT | Rob N/A | RobertTheW1se | Oh haha duh |
| ✓ | ↙ | | 10/05/2015 18:17:34 EDT | Rob N/A | RobertTheW1se | Protective suit |
| ✓ | ↗ | | 10/05/2015 18:17:33 EDT | Rob N/A | RobertTheW1se | Like just pants? |
| ✓ | ↗ | | 10/05/2015 18:17:17 EDT | Rob N/A | RobertTheW1se | What r those |
| ✓ | ↗ | | 10/05/2015 18:17:09 EDT | Rob N/A | RobertTheW1se | Motorcycle clothes? |
| ✓ | ↙ | | 10/05/2015 18:15:42 EDT | Rob N/A | RobertTheW1se | I am going to my locker now to change into my motorcycle clothes and then ride home |
| ✓ | ↙ | | 10/05/2015 18:15:31 EDT | Rob N/A | RobertTheW1se | Always |
| ✓ | ↗ | | 10/05/2015 18:15:06 EDT | Rob N/A | RobertTheW1se | R u happy to be off |
| ✓ | ↙ | | 10/05/2015 18:14:30 EDT | Rob N/A | RobertTheW1se | About to go home now |
| ✓ | ↗ | | 10/05/2015 18:14:29 EDT | Rob N/A | RobertTheW1se | Yay |
| ✓ | ↙ | | 10/05/2015 18:14:23 EDT | Rob N/A | RobertTheW1se | I'm off work |
| ✓ | ↗ | | 10/05/2015 18:08:27 EDT | Rob N/A | RobertTheW1se | I'm hungry lol |
| ✓ | ↙ | | 10/05/2015 18:07:54 EDT | Rob N/A | RobertTheW1se | Yum |
| ✓ | ↗ | | 10/05/2015 18:07:07 EDT | Rob N/A | RobertTheW1se | Rawr haha |
| ✓ | ↗ | | 10/05/2015 18:04:40 EDT | Rob N/A | RobertTheW1se | Oh lol 😊 i like then |
| ✓ | ↙ | | 10/05/2015 18:04:22 EDT | Rob N/A | RobertTheW1se | Yeah, like a sexy rawr |
| ✓ | ↗ | | 10/05/2015 18:04:06 EDT | Rob N/A | RobertTheW1se | Haha rawr? |
| ✓ | ↙ | | 10/05/2015 18:03:28 EDT | Rob N/A | RobertTheW1se | Rawr 😊 |
| ✓ | ↗ | | 10/05/2015 18:02:14 EDT | Rob N/A | RobertTheW1se | Id prolly let u. Ur so nice |
| ✓ | ↙ | | 10/05/2015 18:01:15 EDT | Rob N/A | RobertTheW1se | But I will have to pull those jeans off though |
| ✓ | ↙ | | 10/05/2015 18:00:59 EDT | Rob N/A | RobertTheW1se | I won't be tickling you |

| ⚑ | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 10/05/2015 18:00:45 EDT | Rob N/A | RobertTheW1se | That sounds nice. I am ticklish tho lol |
| ✅ | ↙ | | 10/05/2015 18:00:11 EDT | Rob N/A | RobertTheW1se | With a little oil |
| ✅ | ↙ | | 10/05/2015 18:00:05 EDT | Rob N/A | RobertTheW1se | I want to massage your legs |
| ✅ | ↗ | | 10/05/2015 17:59:47 EDT | Rob N/A | RobertTheW1se | 😊 |
| ✅ | ↙ | | 10/05/2015 17:59:19 EDT | Rob N/A | RobertTheW1se | Better 😊 |
| ✅ | ↗ | | 10/05/2015 17:59:17 EDT | Rob N/A | RobertTheW1se | Kitty is bak lol |
| ✅ | ↗ | 📎 | 10/05/2015 17:59:06 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↙ | | 10/05/2015 17:57:22 EDT | Rob N/A | RobertTheW1se | Yours? Can't see much of them 😜 |
| ✅ | ↗ | | 10/05/2015 17:56:54 EDT | Rob N/A | RobertTheW1se | Like the legs? |
| ✅ | ↙ | | 10/05/2015 17:55:33 EDT | Rob N/A | RobertTheW1se | Some areas can be tight, just not the lap area |
| ✅ | ↙ | | 10/05/2015 17:55:00 EDT | Rob N/A | RobertTheW1se | I would hope not |
| ✅ | ↗ | | 10/05/2015 17:54:57 EDT | Rob N/A | RobertTheW1se | Tight jeans prob wouldn't be comfy then |
| ✅ | ↙ | | 10/05/2015 17:52:27 EDT | Rob N/A | RobertTheW1se | Oh haha i dont hav that problem |
| ✅ | ↙ | | 10/05/2015 17:52:19 EDT | Rob N/A | RobertTheW1se | I don't like it tight there |
| ✅ | ↙ | | 10/05/2015 17:52:06 EDT | Rob N/A | RobertTheW1se | Room for my cock and balls |
| ✅ | ↗ | | 10/05/2015 17:51:53 EDT | Rob N/A | RobertTheW1se | Ball room? |
| ✅ | ↙ | | 10/05/2015 17:51:35 EDT | Rob N/A | RobertTheW1se | I just need ball room |
| ✅ | ↗ | | 10/05/2015 17:51:24 EDT | Rob N/A | RobertTheW1se | 😊 |
| ✅ | ↙ | | 10/05/2015 17:51:16 EDT | Rob N/A | RobertTheW1se | But I like slightly loose cowboy jeans |
| ✅ | ↙ | | 10/05/2015 17:50:58 EDT | Rob N/A | RobertTheW1se | Haha |
| ✅ | ↙ | | 10/05/2015 17:50:56 EDT | Rob N/A | RobertTheW1se | I wouldn't know |
| ✅ | ↗ | | 10/05/2015 17:50:48 EDT | Rob N/A | RobertTheW1se | Skinny jeans rnt comfy lol |
| ✅ | ↙ | | 10/05/2015 17:50:22 EDT | Rob N/A | RobertTheW1se | Yeah i like being comfy |
| ✅ | ↙ | | 10/05/2015 17:50:03 EDT | Rob N/A | RobertTheW1se | Comfy style I see |
| ✅ | ↙ | | 10/05/2015 17:49:56 EDT | Rob N/A | RobertTheW1se | Loose jeans |
| ✅ | ↗ | | 10/05/2015 17:49:44 EDT | Rob N/A | RobertTheW1se | I always wear socks lol |
| ✅ | ↗ | 📎 | 10/05/2015 17:49:36 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↙ | | 10/05/2015 17:47:50 EDT | Rob N/A | RobertTheW1se | But I won't deny liking to look at you |
| ✅ | ↙ | | 10/05/2015 17:47:38 EDT | Rob N/A | RobertTheW1se | No, not just |
| ✅ | ↙ | | 10/05/2015 17:47:29 EDT | Rob N/A | RobertTheW1se | 😕 |

| 🏳 | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 10/05/2015 17:47:25 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✅ | ↗ | | 10/05/2015 17:47:09 EDT | Rob N/A | RobertTheW1se | Do u just want pics lol |
| ✅ | ↙ | | 10/05/2015 17:45:36 EDT | Rob N/A | RobertTheW1se | Yes I do |
| ✅ | ↗ | | 10/05/2015 17:45:26 EDT | Rob N/A | RobertTheW1se | My jeans? Lol do u like jeans |
| ✅ | ↙ | | 10/05/2015 17:44:14 EDT | Rob N/A | RobertTheW1se | Well, you could show me those jeans |
| ✅ | ↗ | | 10/05/2015 17:43:56 EDT | Rob N/A | RobertTheW1se | Lol idk what to send |
| ✅ | ↙ | | 10/05/2015 17:43:46 EDT | Rob N/A | RobertTheW1se | But I can see any of yours 😊 |
| ✅ | ↗ | | 10/05/2015 17:43:28 EDT | Rob N/A | RobertTheW1se | Oh ok lol |
| ✅ | ↙ | | 10/05/2015 17:43:09 EDT | Rob N/A | RobertTheW1se | Not alone |
| ✅ | ↙ | | 10/05/2015 17:43:05 EDT | Rob N/A | RobertTheW1se | Not along |
| ✅ | ↙ | | 10/05/2015 17:43:02 EDT | Rob N/A | RobertTheW1se | I can't take any photos at the moment , sorry |
| ✅ | ↙ | | 10/05/2015 17:42:43 EDT | Rob N/A | RobertTheW1se | Less appealing than the sight of your backside in jeans I bet |
| ✅ | ↗ | | 10/05/2015 17:42:27 EDT | Rob N/A | RobertTheW1se | Was my pic good enough? Now it's ur turn lol |
| ✅ | ↙ | | 10/05/2015 17:40:11 EDT | Rob N/A | RobertTheW1se | Black tactical pants, long sleeve polo, and my vest |
| ✅ | ↗ | | 10/05/2015 17:39:53 EDT | Rob N/A | RobertTheW1se | Are you? |
| ✅ | ↗ | | 10/05/2015 17:39:50 EDT | Rob N/A | RobertTheW1se | Yeah it was cold when I went to school |
| ✅ | ↙ | | 10/05/2015 17:39:04 EDT | Rob N/A | RobertTheW1se | Wearing jeans today? It was cold this morning . |
| ✅ | ↙ | | 10/05/2015 17:38:33 EDT | Rob N/A | RobertTheW1se | .it is |
| ✅ | ↗ | | 10/05/2015 17:38:19 EDT | Rob N/A | RobertTheW1se | O that sounds boring lol sry |
| ✅ | ↙ | | 10/05/2015 17:37:57 EDT | Rob N/A | RobertTheW1se | For entrance into the building |
| ✅ | ↙ | | 10/05/2015 17:37:50 EDT | Rob N/A | RobertTheW1se | Sitting at a "box office" style booth checking IDs |
| ✅ | ↗ | | 10/05/2015 17:37:23 EDT | Rob N/A | RobertTheW1se | What r u doin |
| ✅ | ↗ | | 10/05/2015 17:36:45 EDT | Rob N/A | RobertTheW1se | No he almost bit me 😢 |
| ✅ | ↙ | | 10/05/2015 17:36:21 EDT | Rob N/A | RobertTheW1se | You managed to hold him steady |
| ✅ | ↗ | | 10/05/2015 17:36:16 EDT | Rob N/A | RobertTheW1se | Lol thats my mean cat |
| ✅ | ↗ | 📎 | 10/05/2015 17:35:58 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↗ | | 10/05/2015 17:30:23 EDT | Rob N/A | RobertTheW1se | Oh lol thanks. I dont think ur mean |
| ✅ | ↙ | | 10/05/2015 17:29:50 EDT | Rob N/A | RobertTheW1se | Angry |
| ✅ | ↗ | | 10/05/2015 17:29:33 EDT | Rob N/A | RobertTheW1se | Cross? |
| ✅ | ↙ | | 10/05/2015 17:29:30 EDT | Rob N/A | RobertTheW1se | You decide. |
| ✅ | ↙ | | 10/05/2015 17:29:23 EDT | Rob N/A | RobertTheW1se | If I am cross with you, I'll be direct about it, I won't just ignore you. I'm not mean. |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 10/05/2015 17:29:23 EDT | Rob N/A | RobertTheW1se | Like wat lol |
| ✅ | ↙ | | 10/05/2015 17:25:21 EDT | Rob N/A | RobertTheW1se | Oh well, show me something exciting 😊 |
| ✅ | ↗ | | 10/05/2015 17:25:06 EDT | Rob N/A | RobertTheW1se | Thought maybe u didnt want to see me anymore after u didnt chat me 😢 |
| ✅ | ↗ | | 10/05/2015 17:24:33 EDT | Rob N/A | RobertTheW1se | Ew that sucks |
| ✅ | ↙ | | 10/05/2015 17:24:15 EDT | Rob N/A | RobertTheW1se | Kinda dull |
| ✅ | ↙ | | 10/05/2015 17:24:10 EDT | Rob N/A | RobertTheW1se | Work sucks today |
| ✅ | ↗ | | 10/05/2015 17:21:27 EDT | Rob N/A | RobertTheW1se | How's work lol |
| ✅ | ↗ | | 10/05/2015 17:21:16 EDT | Rob N/A | RobertTheW1se | Nothing bored |
| ✅ | ↙ | | 10/05/2015 17:19:23 EDT | Rob N/A | RobertTheW1se | Whatcha doing? |
| ✅ | ↗ | | 10/05/2015 17:18:41 EDT | Rob N/A | RobertTheW1se | Hi 😊 finally lol |
| ✅ | ↙ | | 10/05/2015 17:18:28 EDT | Rob N/A | RobertTheW1se | Still at work, but not too busy |
| ✅ | ↙ | | 10/05/2015 17:18:09 EDT | Rob N/A | RobertTheW1se | Me too |
| ✅ | ↗ | | 10/05/2015 17:17:52 EDT | Rob N/A | RobertTheW1se | Ok I'm glad i didnt make u mad. Was just hoping to talk to u |
| ✅ | ↙ | | 10/05/2015 07:22:55 EDT | Rob N/A | RobertTheW1se | Good morning , sorry I wasn't on at all this weekend. My parents decided to visit. They are moving closer and wanted to look around. |
| ✅ | ↗ | | 10/04/2015 10:10:44 EDT | Rob N/A | RobertTheW1se | Thought u were goin to be on last night wtf guess u dont want to chat |
| ✅ | ↗ | | 10/03/2015 23:11:47 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✅ | ↗ | | 10/03/2015 22:16:44 EDT | Rob N/A | RobertTheW1se | U there? |
| ✅ | ↗ | | 10/03/2015 19:52:42 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↗ | | 10/03/2015 11:53:43 EDT | Rob N/A | RobertTheW1se | Hope to chat later. Thinking abt u |
| ✅ | ↗ | | 10/03/2015 11:52:47 EDT | Rob N/A | RobertTheW1se | 😊 |
| ✅ | ↙ | | 10/02/2015 21:33:53 EDT | Rob N/A | RobertTheW1se | I may not always have time to talk, but I always enjoy seeing that you have messaged me |
| ✅ | ↙ | | 10/02/2015 21:33:24 EDT | Rob N/A | RobertTheW1se | Always , you are never a bother |
| ✅ | ↗ | | 10/02/2015 17:39:08 EDT | Rob N/A | RobertTheW1se | I kno ur busy but just wanted to say hi anyway. Hope that's ok |
| ✅ | ↗ | | 10/02/2015 16:25:21 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↗ | | 10/01/2015 20:20:53 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✅ | ↗ | | 10/01/2015 20:18:58 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↙ | | 10/01/2015 20:18:35 EDT | Rob N/A | RobertTheW1se | I like reading your messages , but I know that real time chat is best |
| ✅ | ↙ | | 10/01/2015 20:18:05 EDT | Rob N/A | RobertTheW1se | I should be on sat night. I'm busy tomorrow night and sat morning |
| ✅ | ↗ | | 10/01/2015 16:47:24 EDT | Rob N/A | RobertTheW1se | Tell me what time this weekend u be on Unless u dont feel like chatting. K bye |

| ⚐ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|------|------|----------|---------|
| ✅ | ↗ | | 10/01/2015 16:44:06 EDT | Rob N/A | RobertTheW1se | K ill look later. I'll should be around most weekend w the storm. Was going to frightland but think they may close it😢 |
| ✅ | ↗ | | 10/01/2015 16:42:10 EDT | Rob N/A | RobertTheW1se | When will u be on? Hate just sending messages |
| ✅ | ↗ | | 10/01/2015 16:41:18 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↙ | | 10/01/2015 08:49:00 EDT | Rob N/A | RobertTheW1se | Good morning 😊 |
| ✅ | ↗ | | 09/30/2015 19:41:51 EDT | Rob N/A | RobertTheW1se | 😊 |
| ✅ | ↗ | | 09/30/2015 19:41:41 EDT | Rob N/A | RobertTheW1se | I can't keep thinking abt u. Is that ok |
| ✅ | ↗ | | 09/30/2015 19:28:01 EDT | Rob N/A | RobertTheW1se | Maybe chat later |
| ✅ | ↗ | | 09/30/2015 19:27:47 EDT | Rob N/A | RobertTheW1se | Guess ur busy😢 |
| ✅ | ↗ | | 09/30/2015 19:25:00 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↙ | | 09/30/2015 12:50:58 EDT | Rob N/A | RobertTheW1se | Hello |
| ✅ | ↗ | | 09/29/2015 15:23:38 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↗ | | 09/28/2015 20:19:59 EDT | Rob N/A | RobertTheW1se | Where did u go 😢 |
| ✅ | ↗ | | 09/28/2015 20:12:26 EDT | Rob N/A | RobertTheW1se | Hi 😊 |
| ✅ | ↙ | | 09/28/2015 20:05:36 EDT | Rob N/A | RobertTheW1se | About to go to the kitchen and grab a drink |
| ✅ | ↙ | | 09/28/2015 20:05:25 EDT | Rob N/A | RobertTheW1se | Just got back |
| ✅ | ↙ | | 09/28/2015 20:05:16 EDT | Rob N/A | RobertTheW1se | Yes |
| ✅ | ↗ | | 09/28/2015 19:47:38 EDT | Rob N/A | RobertTheW1se | Hi u there? |
| ✅ | ↗ | | 09/28/2015 17:29:04 EDT | Rob N/A | RobertTheW1se | I wish u weren't workin lol |
| ✅ | ↗ | | 09/28/2015 16:44:06 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✅ | ↙ | | 09/28/2015 16:43:49 EDT | Rob N/A | RobertTheW1se | Breaks over 😕 |
| ✅ | ↗ | | 09/28/2015 16:42:15 EDT | Rob N/A | RobertTheW1se | 😢 Ugh i hope i get to see u |
| ✅ | ↙ | | 09/28/2015 16:41:16 EDT | Rob N/A | RobertTheW1se | Me too, haha, but this damn summer and fall has been Awful |
| ✅ | ↗ | | 09/28/2015 16:39:17 EDT | Rob N/A | RobertTheW1se | I hope u hav a free day soon |
| ✅ | ↙ | | 09/28/2015 16:38:30 EDT | Rob N/A | RobertTheW1se | It's nice of you to notice 😊 |
| ✅ | ↗ | | 09/28/2015 16:38:15 EDT | Rob N/A | RobertTheW1se | 😊 ur so nice |
| ✅ | ↙ | | 09/28/2015 16:38:06 EDT | Rob N/A | RobertTheW1se | That doesn't bother me |
| ✅ | ↙ | | 09/28/2015 16:37:55 EDT | Rob N/A | RobertTheW1se | I can't imagine that |
| ✅ | ↗ | | 09/28/2015 16:37:51 EDT | Rob N/A | RobertTheW1se | I haven't done very much |
| ✅ | ↗ | | 09/28/2015 16:37:28 EDT | Rob N/A | RobertTheW1se | I want to meet u...just hope i dont bore u |
| ✅ | ↙ | | 09/28/2015 16:36:02 EDT | Rob N/A | RobertTheW1se | As soon as I have a free day |
| ✅ | ↙ | | 09/28/2015 16:35:34 EDT | Rob N/A | RobertTheW1se | I do |
| ✅ | ↙ | | 09/28/2015 16:35:30 EDT | Rob N/A | RobertTheW1se | Have you ever fingered yourself? |
| ✅ | ↗ | | 09/28/2015 16:35:27 EDT | Rob N/A | RobertTheW1se | Do u really want to come see me? |
| ✅ | ↗ | | 09/28/2015 16:34:56 EDT | Rob N/A | RobertTheW1se | 😊 id still b nervous haha but it sounds nice |
| ✅ | ↙ | | 09/28/2015 16:33:11 EDT | Rob N/A | RobertTheW1se | Your cute young legs |
| ✅ | ↙ | | 09/28/2015 16:33:04 EDT | Rob N/A | RobertTheW1se | You cute young legs |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✓ | ✔ | | 09/28/2015 16:32:57 EDT | Rob N/A | RobertTheW1se | And kiss my way up your legs |
| ✓ | ✔ | | 09/28/2015 16:32:32 EDT | Rob N/A | RobertTheW1se | Once I laid you down on your bed, I would slip those shorts off of you |
| ✓ | ✔ | | 09/28/2015 16:31:44 EDT | Rob N/A | RobertTheW1se | That sounds nice |
| ✓ | ✔ | | 09/28/2015 16:31:17 EDT | Rob N/A | RobertTheW1se | Kissing you along the way |
| ✓ | ✔ | | 09/28/2015 16:31:05 EDT | Rob N/A | RobertTheW1se | Yes, carry you with your legs wrapped around me |
| ✓ | ✔ | | 09/28/2015 16:30:47 EDT | Rob N/A | RobertTheW1se | Oo |
| ✓ | ✔ | | 09/28/2015 16:30:43 EDT | Rob N/A | RobertTheW1se | Carry me? Lol |
| ✓ | ✔ | | 09/28/2015 16:30:39 EDT | Rob N/A | RobertTheW1se | Lay you down on the bed |
| ✓ | ✔ | | 09/28/2015 16:30:31 EDT | Rob N/A | RobertTheW1se | I'd carry you to your bedroom though |
| ✓ | ✔ | | 09/28/2015 16:30:11 EDT | Rob N/A | RobertTheW1se | Nice, I wish I were there right now |
| ✓ | ✔ | | 09/28/2015 16:29:55 EDT | Rob N/A | RobertTheW1se | Just me |
| ✓ | ✔ | | 09/28/2015 16:28:22 EDT | Rob N/A | RobertTheW1se | Who else is there? |
| ✓ | ✔ | | 09/28/2015 16:28:09 EDT | Rob N/A | RobertTheW1se | No living room |
| ✓ | ✔ | | 09/28/2015 16:27:59 EDT | Rob N/A | RobertTheW1se | Are you in your bedroom? |
| ✓ | ✔ | | 09/28/2015 16:27:37 EDT | Rob N/A | RobertTheW1se | 😊 good. U r so nice nd i like u...I'm nervous but pretty excited |
| ✓ | ✔ | | 09/28/2015 16:26:27 EDT | Rob N/A | RobertTheW1se | Alone together* |
| ✓ | ✔ | | 09/28/2015 16:25:57 EDT | Rob N/A | RobertTheW1se | But once we are along together, I'm not going to be nervous at all, just really excited |
| ✓ | ✔ | | 09/28/2015 16:24:52 EDT | Rob N/A | RobertTheW1se | A little, meeting you |
| ✓ | ✔ | | 09/28/2015 16:24:38 EDT | Rob N/A | RobertTheW1se | I won't push you to do anything, but trust me, you'll enjoy it thoroughly |
| ✓ | ✔ | | 09/28/2015 16:24:36 EDT | Rob N/A | RobertTheW1se | 😊 Would u be nervous |
| ✓ | ✔ | | 09/28/2015 16:23:57 EDT | Rob N/A | RobertTheW1se | I'm glad |
| ✓ | ✔ | | 09/28/2015 16:23:38 EDT | Rob N/A | RobertTheW1se | Sex...very nervous but i trust u |
| ✓ | ✔ | | 09/28/2015 16:21:46 EDT | Rob N/A | RobertTheW1se | Which makes you more nervous...the prospect of riding on my motorcycle, or the prospect of having sex with me? |
| ✓ | ✔ | | 09/28/2015 16:20:32 EDT | Rob N/A | RobertTheW1se | That's understandable |
| ✓ | ✔ | | 09/28/2015 16:20:21 EDT | Rob N/A | RobertTheW1se | I'm nervous haha |
| ✓ | ✔ | | 09/28/2015 16:19:37 EDT | Rob N/A | RobertTheW1se | I'll let you ride on the back |
| ✓ | ✔ | | 09/28/2015 16:19:21 EDT | Rob N/A | RobertTheW1se | Lol r u really gonna let me try ridin it |
| ✓ | ✔ | | 09/28/2015 16:18:43 EDT | Rob N/A | RobertTheW1se | Always |
| ✓ | ✔ | | 09/28/2015 16:18:36 EDT | Rob N/A | RobertTheW1se | Oo. Did u ride ur motorcycle again today |
| ✓ | ✔ | | 09/28/2015 16:16:59 EDT | Rob N/A | RobertTheW1se | Half Life |
| ✓ | ✔ | | 09/28/2015 16:16:46 EDT | Rob N/A | RobertTheW1se | Oo sorry lol idk |
| ✓ | ✔ | | 09/28/2015 16:15:52 EDT | Rob N/A | RobertTheW1se | Video game reference |
| ✓ | ✔ | | 09/28/2015 16:15:37 EDT | Rob N/A | RobertTheW1se | What's that? |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|------|------|----------|---------|
| ✓ | ↙ | | 09/28/2015 16:15:34 EDT | Rob N/A | RobertTheW1se | I can't find a good one to buy |
| ✓ | ↙ | | 09/28/2015 16:15:26 EDT | Rob N/A | RobertTheW1se | Black Mesa Velcro patch |
| ✓ | ↗ | | 09/28/2015 16:12:45 EDT | Rob N/A | RobertTheW1se | Cool. What r u browsing lol |
| ✓ | ↙ | | 09/28/2015 16:12:26 EDT | Rob N/A | RobertTheW1se | Just sitting here talking to you. And browsing the web in between your messages |
| ✓ | ↗ | | 09/28/2015 16:12:02 EDT | Rob N/A | RobertTheW1se | Wat r u doing on break? |
| ✓ | ↗ | | 09/28/2015 16:10:58 EDT | Rob N/A | RobertTheW1se | Lol 😊 |
| ✓ | ↙ | | 09/28/2015 16:08:46 EDT | Rob N/A | RobertTheW1se | 😜 |
| ✓ | ↗ | | 09/28/2015 16:07:46 EDT | Rob N/A | RobertTheW1se | Lol they r just black ones. Boring ha |
| ✓ | ↙ | | 09/28/2015 16:07:17 EDT | Rob N/A | RobertTheW1se | I would need to see them to make the final call |
| ✓ | ↗ | | 09/28/2015 16:06:46 EDT | Rob N/A | RobertTheW1se | U like? |
| ✓ | ↙ | | 09/28/2015 16:06:37 EDT | Rob N/A | RobertTheW1se | Sexy |
| ✓ | ↗ | | 09/28/2015 16:06:29 EDT | Rob N/A | RobertTheW1se | Athletic |
| ✓ | ↙ | | 09/28/2015 16:06:17 EDT | Rob N/A | RobertTheW1se | Athletic shorts or jeans? |
| ✓ | ↗ | | 09/28/2015 16:05:58 EDT | Rob N/A | RobertTheW1se | T shirt nd shorts |
| ✓ | ↙ | | 09/28/2015 16:05:25 EDT | Rob N/A | RobertTheW1se | What are you wearing today? |
| ✓ | ↗ | | 09/28/2015 16:05:25 EDT | Rob N/A | RobertTheW1se | Yay lol |
| ✓ | ↙ | | 09/28/2015 16:05:10 EDT | Rob N/A | RobertTheW1se | I'm on break now 😊 |
| ✓ | ↗ | | 09/28/2015 16:01:02 EDT | Rob N/A | RobertTheW1se | Wish u weren't workin |
| ✓ | ↗ | | 09/28/2015 15:51:31 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✓ | ↙ | | 09/28/2015 15:51:05 EDT | Rob N/A | RobertTheW1se | Me too |
| ✓ | ↗ | | 09/28/2015 15:50:14 EDT | Rob N/A | RobertTheW1se | So bored ugh |
| ✓ | ↗ | | 09/28/2015 15:40:51 EDT | Rob N/A | RobertTheW1se | Watchin tv. Nothin good on tho |
| ✓ | ↙ | | 09/28/2015 15:40:05 EDT | Rob N/A | RobertTheW1se | Wrud? |
| ✓ | ↙ | | 09/28/2015 15:39:54 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✓ | ↗ | | 09/28/2015 15:33:49 EDT | Rob N/A | RobertTheW1se | Oh sry i know ur busy |
| ✓ | ↙ | | 09/28/2015 15:33:26 EDT | Rob N/A | RobertTheW1se | Still at work |
| ✓ | ↗ | | 09/28/2015 15:33:02 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✓ | ↗ | | 09/28/2015 15:12:06 EDT | Rob N/A | RobertTheW1se | What r u doin |
| ✓ | ↗ | | 09/28/2015 15:09:17 EDT | Rob N/A | RobertTheW1se | 😊 |
| ✓ | ↙ | | 09/28/2015 15:08:55 EDT | Rob N/A | RobertTheW1se | Hello 😊 |
| ✓ | ↗ | | 09/28/2015 15:06:37 EDT | Rob N/A | RobertTheW1se | Hi 😊 |
| ✓ | ↙ | | 09/28/2015 08:02:39 EDT | Rob N/A | RobertTheW1se | Good morning sweetie |
| ✓ | ↙ | | 09/27/2015 18:05:25 EDT | Rob N/A | RobertTheW1se | I am now |
| ✓ | ↗ | | 09/27/2015 12:44:06 EDT | Rob N/A | RobertTheW1se | Hi u there? |
| ✓ | ↗ | | 09/26/2015 10:42:14 EDT | Rob N/A | RobertTheW1se | Hi 😊 |

| | | | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✓ | | 📎 | 09/25/2015 22:56:29 EDT | Rob N/A | RobertTheW1se | |
| ✓ | | | 09/25/2015 15:30:32 EDT | Rob N/A | RobertTheW1se | Here |
| ✓ | | | 09/25/2015 15:18:06 EDT | Rob N/A | RobertTheW1se | U there? 😥 |
| ✓ | | | 09/25/2015 15:14:38 EDT | Rob N/A | RobertTheW1se | So happy to be out of school ugh hate it |
| ✓ | | | 09/25/2015 15:12:55 EDT | Rob N/A | RobertTheW1se | Hi 😊 i like ur pic |
| ✓ | | | 09/25/2015 07:28:07 EDT | Rob N/A | RobertTheW1se | Just woke up....how about you? |
| ✓ | | 📎 | 09/25/2015 07:27:59 EDT | Rob N/A | RobertTheW1se | |
| ✓ | | | 09/24/2015 20:39:03 EDT | Rob N/A | RobertTheW1se | Boo |
| ✓ | | | 09/24/2015 17:13:14 EDT | Rob N/A | RobertTheW1se | Just hold on tight |
| ✓ | | | 09/24/2015 16:52:36 EDT | Rob N/A | RobertTheW1se | And dont let me fall off lol |
| ✓ | | | 09/24/2015 16:50:36 EDT | Rob N/A | RobertTheW1se | Haha when? |
| ✓ | | | 09/24/2015 16:46:47 EDT | Rob N/A | RobertTheW1se | Yes |
| ✓ | | | 09/24/2015 16:39:05 EDT | Rob N/A | RobertTheW1se | But not when its raining lol |
| ✓ | | | 09/24/2015 16:38:56 EDT | Rob N/A | RobertTheW1se | Can i ride ur motorcycle? |
| ✓ | | | 09/24/2015 16:36:22 EDT | Rob N/A | RobertTheW1se | Oh lol duh |
| ✓ | | | 09/24/2015 16:36:04 EDT | Rob N/A | RobertTheW1se | I get wet |
| ✓ | | | 09/24/2015 16:35:19 EDT | Rob N/A | RobertTheW1se | What if it rains lol |
| ✓ | | | 09/24/2015 16:35:07 EDT | Rob N/A | RobertTheW1se | Every day |
| ✓ | | | 09/24/2015 16:35:04 EDT | Rob N/A | RobertTheW1se | I did 😊 |
| ✓ | | | 09/24/2015 16:33:18 EDT | Rob N/A | RobertTheW1se | Did u ride ur motorcycle today? |
| ✓ | | | 09/24/2015 16:32:30 EDT | Rob N/A | RobertTheW1se | Oh that sucks |
| ✓ | | | 09/24/2015 16:32:15 EDT | Rob N/A | RobertTheW1se | Yeah, I have to go relieve someone else to go on break |

| ⚑ | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✓ | ↗ | | 09/24/2015 16:31:19 EDT | Rob N/A | RobertTheW1se | Do u hav to go again soon? |
| ✓ | ↙ | | 09/24/2015 16:30:28 EDT | Rob N/A | RobertTheW1se | Sitting in the break room |
| ✓ | ↗ | | 09/24/2015 16:30:17 EDT | Rob N/A | RobertTheW1se | What r u doing? |
| ✓ | ↙ | | 09/24/2015 16:30:00 EDT | Rob N/A | RobertTheW1se | Woohoo, I have 5 mins |
| ✓ | ↗ | | 09/24/2015 16:28:20 EDT | Rob N/A | RobertTheW1se | Hi 😊 thanks. Glad u like |
| ✓ | ↙ | | 09/24/2015 16:25:25 EDT | Rob N/A | RobertTheW1se | By the way, you do look really cute with your hair up and in that top.<br><br>You can send me pics like that all day long 😊 |
| ✓ | ↙ | | 09/24/2015 16:24:38 EDT | Rob N/A | RobertTheW1se | Guess you're not available at the moment |
| ✓ | ↙ | | 09/24/2015 16:24:28 EDT | Rob N/A | RobertTheW1se | 😢 |
| ✓ | ↙ | | 09/24/2015 16:15:54 EDT | Rob N/A | RobertTheW1se | I have 20 mins to talk |
| ✓ | ↙ | | 09/24/2015 16:15:46 EDT | Rob N/A | RobertTheW1se | I'm here |
| ✓ | ↗ | | 09/24/2015 15:45:34 EDT | Rob N/A | RobertTheW1se | Wish u didnt hav to go |
| ✓ | ↗ | | 09/24/2015 15:44:52 EDT | Rob N/A | RobertTheW1se | Ok I'll try |
| ✓ | ↙ | | 09/24/2015 15:44:29 EDT | Rob N/A | RobertTheW1se | Yeah 😢 |
| ✓ | ↗ | | 09/24/2015 15:44:10 EDT | Rob N/A | RobertTheW1se | Do u have to go 😢 |
| ✓ | ↗ | | 09/24/2015 15:44:05 EDT | Rob N/A | RobertTheW1se | Idk mayb, i gtg to dinner tonight but idk when we r going |
| ✓ | ↙ | | 09/24/2015 15:43:18 EDT | Rob N/A | RobertTheW1se | Will you be on in an hour? |
| ✓ | ↗ | | 09/24/2015 15:42:25 EDT | Rob N/A | RobertTheW1se | Lol i always want him to hang out with me but he wont |
| ✓ | ↙ | | 09/24/2015 15:41:55 EDT | Rob N/A | RobertTheW1se | Cute kitten |
| ✓ | ↗ | | 09/24/2015 15:41:40 EDT | Rob N/A | RobertTheW1se | My cat hates me 😢 lol |
| ✓ | ↗ | 📎 | 09/24/2015 15:41:25 EDT | Rob N/A | RobertTheW1se | |
| ✓ | ↙ | | 09/24/2015 15:40:13 EDT | Rob N/A | RobertTheW1se | Now do a video |
| ✓ | ↙ | | 09/24/2015 15:40:10 EDT | Rob N/A | RobertTheW1se | You look cute |
| ✓ | ↗ | 📎 | 09/24/2015 15:38:42 EDT | Rob N/A | RobertTheW1se | |
| ✓ | ↙ | | 09/24/2015 15:36:35 EDT | Rob N/A | RobertTheW1se | I want to see how you are right now 😊 |
| ✓ | ↙ | | 09/24/2015 15:36:25 EDT | Rob N/A | RobertTheW1se | I don't mind |

| ⚑ | ● | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 09/24/2015 15:36:03 EDT | Rob N/A | RobertTheW1se | O ok good haha i look so bad right now 😢 |
| ✅ | ↙ | | 09/24/2015 15:34:07 EDT | Rob N/A | RobertTheW1se | So you don't have to be quiet |
| ✅ | ↙ | | 09/24/2015 15:34:01 EDT | Rob N/A | RobertTheW1se | I have my earphone in |
| ✅ | ↙ | | 09/24/2015 15:33:56 EDT | Rob N/A | RobertTheW1se | Anyway , please send me one |
| ✅ | ↗ | | 09/24/2015 15:33:44 EDT | Rob N/A | RobertTheW1se | Can i send u one |
| ✅ | ↙ | | 09/24/2015 15:33:32 EDT | Rob N/A | RobertTheW1se | Turn your volume up. I had to be quiet |
| ✅ | ↗ | | 09/24/2015 15:31:54 EDT | Rob N/A | RobertTheW1se | I see u but dont hear u lol |
| ✅ | ↙ | | 09/24/2015 15:30:51 EDT | Rob N/A | RobertTheW1se | There is a video option |
| ✅ | ↙ | 📎 | 09/24/2015 15:30:41 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↗ | | 09/24/2015 15:30:21 EDT | Rob N/A | RobertTheW1se | Pic i think |
| ✅ | ↙ | | 09/24/2015 15:28:26 EDT | Rob N/A | RobertTheW1se | Is there a voice or video option on here? |
| ✅ | ↗ | | 09/24/2015 15:27:44 EDT | Rob N/A | RobertTheW1se | Hi 😊 |
| ✅ | ↙ | | 09/24/2015 15:26:55 EDT | Rob N/A | RobertTheW1se | Hello |
| ✅ | ↗ | | 09/23/2015 20:54:19 EDT | Rob N/A | RobertTheW1se | Oops, it looks like Rob's phone has been off/disconnected for a while. We'll deliver your message when they connect again. |
| ✅ | ↗ | | 09/23/2015 20:54:18 EDT | Rob N/A | RobertTheW1se | Hi |
| ✅ | ↗ | | 09/01/2015 14:14:52 EDT | Rob N/A | RobertTheW1se | U there |
| ✅ | ↗ | | 08/31/2015 20:47:12 EDT | Rob N/A | RobertTheW1se | U get to send pic like others guys then stop chatting. Why did u lie? I dont want trouble. I'm scared now. Dont tell anyone |
| ✅ | ↗ | | 08/31/2015 20:34:42 EDT | Rob N/A | RobertTheW1se | What happened |
| ✅ | ↙ | | 08/31/2015 19:01:26 EDT | Rob N/A | RobertTheW1se | *** Looks like Rob hasn't updated their Kik app for picture messages. We told them you tried to send one. *** |
| ✅ | ↗ | 📎 | 08/31/2015 19:01:24 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↗ | | 08/31/2015 19:00:33 EDT | Rob N/A | RobertTheW1se | U there |
| ✅ | ↙ | | 08/31/2015 18:36:12 EDT | Rob N/A | RobertTheW1se | Still waiting 😕 |

| 🏳 | • | 📎 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↗ | | 08/31/2015 18:35:56 EDT | Rob N/A | RobertTheW1se | Hope u aren't mad |
| ✅ | ↗ | | 08/31/2015 18:35:30 EDT | Rob N/A | RobertTheW1se | 😊 Had fun |
| ✅ | ↗ | | 08/31/2015 18:35:16 EDT | Rob N/A | RobertTheW1se | Gtg |
| ✅ | ↗ | | 08/31/2015 18:34:45 EDT | Rob N/A | RobertTheW1se | Thanks. I mean u seem really nice. Just got scared by last guy. I mean he got really mean |
| ✅ | ↙ | | 08/31/2015 18:33:45 EDT | Rob N/A | RobertTheW1se | It's ok, I'll patiently wait until you do 😉 |
| ✅ | ↗ | | 08/31/2015 18:31:42 EDT | Rob N/A | RobertTheW1se | Lol |
| ✅ | ↙ | | 08/31/2015 18:29:40 EDT | Rob N/A | RobertTheW1se | You didn't give me the OK sign |
| ✅ | ↗ | | 08/31/2015 18:28:22 EDT | Rob N/A | RobertTheW1se | Dont share ok |
| ✅ | ↗ | 📎 | 08/31/2015 18:28:22 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↙ | | 08/31/2015 18:26:35 EDT | Rob N/A | RobertTheW1se | Just send me the same pic back , I want to see your face 😊 |
| ✅ | ↗ | | 08/31/2015 18:26:18 EDT | Rob N/A | RobertTheW1se | Cute |
| ✅ | ↙ | 📎 | 08/31/2015 18:26:07 EDT | Rob N/A | RobertTheW1se | |
| ✅ | ↙ | | 08/31/2015 18:25:27 EDT | Rob N/A | RobertTheW1se | Just disappointed |
| ✅ | ↙ | | 08/31/2015 18:25:22 EDT | Rob N/A | RobertTheW1se | Not mad |
| ✅ | ↙ | | 08/31/2015 18:25:19 EDT | Rob N/A | RobertTheW1se | I'm here |
| ✅ | ↙ | | 08/31/2015 18:25:17 EDT | Rob N/A | RobertTheW1se | Yes |
| ✅ | ↗ | | 08/31/2015 18:23:47 EDT | Rob N/A | RobertTheW1se | U mad |
| ✅ | ↗ | | 08/31/2015 18:22:54 EDT | Rob N/A | RobertTheW1se | U there |
| ✅ | ↗ | | 08/31/2015 18:20:10 EDT | Rob N/A | RobertTheW1se | Ok |
| ✅ | ↙ | | 08/31/2015 18:19:46 EDT | Rob N/A | RobertTheW1se | Im not going to ask for explicit pics |
| ✅ | ↗ | | 08/31/2015 18:19:33 EDT | Rob N/A | RobertTheW1se | Dont be mad please |
| ✅ | ↗ | | 08/31/2015 18:19:21 EDT | Rob N/A | RobertTheW1se | Idk. I had guys talk before and i made a big mistake and sent pic i shouldn't. Dont like to do those pics |

| ⚑ | ● | 🔗 | Time | Name | Username | Message |
|---|---|---|---|---|---|---|
| ✅ | ↙ | | 08/31/2015 18:18:11 EDT | Rob N/A | RobertTheW1se | I want to see your mouth. Take me a pic and show me your tongue |
| ✅ | ↗ | | 08/31/2015 18:18:02 EDT | Rob N/A | RobertTheW1se | 😊 Yeah |
| ✅ | ↙ | | 08/31/2015 18:17:51 EDT | Rob N/A | RobertTheW1se | Not at all |
| ✅ | ↗ | | 08/31/2015 18:17:42 EDT | Rob N/A | RobertTheW1se | It's ok. I know ur busy |
| ✅ | ↙ | | 08/31/2015 18:17:37 EDT | Rob N/A | RobertTheW1se | Oh no |
| ✅ | ↗ | | 08/31/2015 18:17:32 EDT | Rob N/A | RobertTheW1se | U didnt answer. U just teasing me. |
| ✅ | ↗ | | 08/31/2015 18:17:06 EDT | Rob N/A | RobertTheW1se | Ok😊 |
| ✅ | ↙ | | 08/31/2015 18:16:50 EDT | Rob N/A | RobertTheW1se | We'll have to find someplace where no one is, but if the park isn't totally empty maybe we can just do some stuff, like you can blow me and I'll finger you |
| ✅ | ↗ | | 08/31/2015 18:15:57 EDT | Rob N/A | RobertTheW1se | Sometimes people there |
| ✅ | ↗ | | 08/31/2015 18:15:45 EDT | Rob N/A | RobertTheW1se | Ok. Idk if we can do all that in the park |
| ✅ | ↙ | | 08/31/2015 18:15:20 EDT | Rob N/A | RobertTheW1se | All you have to do is enjoy it, tell me how much you're enjoying it, and moan when it feels good |
| ✅ | ↙ | | 08/31/2015 18:14:49 EDT | Rob N/A | RobertTheW1se | Don't worry, I'll tell you what to do |
| ✅ | ↗ | | 08/31/2015 18:14:30 EDT | Rob N/A | RobertTheW1se | I'd be so nervous. I would want u to have fun. Wouldn't want to mess up |
| ✅ | ↙ | | 08/31/2015 18:13:55 EDT | Rob N/A | RobertTheW1se | After your first orgasm, I'll lay you on your back, get between your legs, and fuck you gently with my hard cock until you cum again |
| ✅ | ↗ | | 08/31/2015 18:13:53 EDT | Rob N/A | RobertTheW1se | U just teasing me. It's ok if u are |
| ✅ | ↗ | | 08/31/2015 18:13:24 EDT | Rob N/A | RobertTheW1se | Ok. I will let u |
| ✅ | ↙ | | 08/31/2015 18:13:07 EDT | Rob N/A | RobertTheW1se | First with my fingers and tongue |
| ✅ | ↗ | | 08/31/2015 18:12:45 EDT | Rob N/A | RobertTheW1se | Ok. How |
| ✅ | ↙ | | 08/31/2015 18:12:42 EDT | Rob N/A | RobertTheW1se | Have you ever made yourself cum? |
| ✅ | ↙ | | 08/31/2015 18:12:25 EDT | Rob N/A | RobertTheW1se | I will definitely make you cum |
| ✅ | ↗ | | 08/31/2015 18:12:10 EDT | Rob N/A | RobertTheW1se | What |