**Government Exhibit 3**



