## GOVERNMENT EXHIBIT 4















