To Whom It May Concern,

I am an older sister of Lee Robert Moore. I have known Lee all his life and he has always been a responsible person. I have two boys very close in age to Lee. They grew up visiting Lee and our parents often. They have always admired Lee. He has been a good role model. He is a very dedicated and loving family person.

I have been married to the same wonderful man for 35 years. I am also a dedicated family person. I attest this to my upbringing. The same upbringing Lee had. We were both raised by the same parents who were very dedicated to their family and taught us well. They taught us to love our family by example. I know Lee loves his wife, Rebecca, and children very much as well as his parents. These same parents have moved in with Rebecca to help during this trying time. I have seen Lee's love for his family during a family reunion in July of 2014. During this reunion, there was some family that Lee had not met yet but he was very attentive and helpful. Lee also helped my son grill the food for many people even though it was very hot that day. He is a good father to his two children. His daughter, Liberty, loves her daddy very much. I became aware of this one day when we all decided to go swimming. Lee was very protective and patient while teaching his then 1year old daughter to swim.

Lee is my brother and I will always love him. But I am wise enough to know that at some point in their life **everyone** makes a decision uncharacteristic to their personality. This was Lee's decision. And yes, it is very much uncharacteristic of his personality. Lee is a very devoted husband, father, son and brother.

Lee has never been in trouble before, therefore, I do not believe that he would be a flight risk. Lee and I were raised by the same parents that taught us to own up to our mistakes. If anything, Lee is an honest and responsible man. I pray that you make a wise decision to release Lee to his home and family which includes those same loving parents who taught us to take responsibility for our mistakes. I truly believe that at this critical time in Lee's life he needs to be around his loving family. He needs to get his life back on the right track and his family can help him do this.

Sincerely,

Jacquie Lee Aytes

Loving sister

November 22nd 2015

To whom it may concern,

I serve aboard the USS Olympia, a Los Angeles class fast attack submarine, based out of Pearl Harbor, HI. I serve as a nuclear machinist mate entrusted with safeguarding operational secrets as well as public health and safety. In this I hope you understand the importance of integrity to me. I do not take the charges against my brother lightly nor do I take this statement as anything less than placing my name and reputation on the line.

I have known Lee Robert Moore for more than 10 years as a big brother, as a friend, and a mentor. He, throughout the time I have known him, has been an invaluable member of our family. When I first met him, as my sister's boyfriend, I was a troubled teenager not knowing where to find direction or purpose in my life. He, without request or prompting, took it upon himself to show me that there can be more to life than simply trying to survive another day. In him I saw an example of what a man should stand for. Honor, Courage, and Commitment. These three values would later lead me to a life of service in the Navy, in no small part due to the inspiration given to me by my brother-in-law.

To his professional life I can only say that the coworkers of his I have had the pleasure of meeting have had nothing but respect and praise for him. As for his personal life, I have seen the level of love and devotion he has shown to my sister and his children, as nothing less than an inspiration. I have and still find him to be an example of what a husband and father should be. It is the steadfast loyalty that he has shown my sister, niece, nephew, and myself, that has made it my responsibility to write this letter.

If there are any further questions I can answer please do not hesitate to contact me at any time via my attached contact information.

-Very respectfully

MM2(SS) Zachary, W. Pohlhaus
USS Olympia (SSN-717)
United States Navy

November 21, 2015.

Your Honor

I am writing this letter on behalf of Lee Robert Moore whom I have known all his life, as he is my sister's son. I am fully aware of the online obscenity charges he is facing and understand the seriousness of said charges. I also understand the decision you are faced with in determining his release as he awaits trial.

I would like you know that Lee was raised in a home in which family comes first. He has always made himself available when assistance is needed. In the past he has driven over 5 hours to my home to help us with a construction project we were trying to complete. He made the same drive to attend the wedding of our youngest child to show his support and love on that special day.

As a teen when many adolescents are getting into trouble Lee focused on studies and joined the military following family tradition. He has always looked to make his family proud and I have never known him to be in any trouble, certainly nothing of this nature. He has been a hardworking husband of 10 years, and a loving father.

It is my understanding that Lee has been unable to have any physical contact or communication with his immediate family since his arrest. My sister who recently retired has put all of her plans aside and moved into his home. She is there to support Rebecca his wife and to help in the care of his 2 children. She and my brother in law are willing to comply with all the court has asked for in preparing the home and to assure that Lee follows the stipulations set forth if he is released to their care. I do not believe he would risk causing his family any more pain or stress then they have already been under since his incarceration. Knowing Lee as I do, I am certain that he is remorseful for the anguish they are going through at this time and I do not believe he would be a flight risk.

I would like to ask the court to please consider allowing Lee to spend this time prior to trial with his parents, wife and children. There are many decisions that will need to be made. The family is committed to seeing that he follow what ever the court will mandate in order to make this happen.

I thank you for your time and consideration in this delicate matter.

Sincerely,

Maryanne Bartholomew

Maryanne Bartholomew

Your Honor,

My name is George H. Conklin, I am 84 years old, and I am writing this letter for my grandson, Lee Robert Moore. I am aware of the obscenity charge he is facing. I understand this is a serious issue and my hope is to present information about Lee and his good character.

Family has always been a top priority for Lee. He loves his family, especially his wife, Rebecca and their 2 children. It is important for Lee to take the time to visit family members on special occasions. One such occasion was my 80th birthday. He drove over 7 hours to attend this special family event. Lee also calls and sends greeting cards to stay in contact with me regularly. His beloved Nana passed away last Christmas. It was a sad time for our family, especially for Lee due to their close relationship.

Lee shares photos of his special "do it yourself" projects such as his stone patio and building a custom-made dining room table with his wife, Rebecca. As a custom finished carpenter, Lee knew I'd be proud of his projects. We often spoke about them and the special care he took to do his best.

Lee showed great discipline and hard work as he earned a black belt in Karate at age 12. Lee earned good grades in high school, and chose to go into the military upon graduation. He often spoke highly of his dedicated military service in the U.S. Marine Corps, and was proud of serving his country. It was with great pride for Lee being nominated to the U.S. Naval Academy, and he spent 2 years as a midshipman.

I have known Lee his whole life, 37 years, and he has never been in any trouble before. Our family has always been proud of all his accomplishments and great character. I respectfully request your

consideration of all the positive character traits I have written in this letter, and allow my grandson to be released to his home to be with his family while he awaits the trial.

Thank you very much,

Sincerely,

*George H Conklin*

George H. Conklin

11/21/2015

(27816 unread) - letzgometz - Yahoo Mail

Your Honor;

My name is Russell Conklin, Lee Robert Moore's uncle. I love him dearly.

This is a letter to describe the good character of my nephew.

I have known Lee since the day he was born, and recall Lee growing up as a decent and respectful

young man.

Lee would often visit during holidays and important family occasions. He was always

respectful, considerate, and very much family orientated. He is a good son, a good husband,

and a good father.

My daughter, my younger siblings all looked up to Lee, as proof of you can be

whatever you want if you work hard.  He has always been a positive role model for younger family

members.  Lee was always willing to sit and give helpful advice to my daughter when she was

growing up.

During visits to the lake, Lee would spend quality time with his baby daughter and my

toddler grand-daughter all afternoon.  It made Lee happy to see them laugh and smile. I have

observed him keeping a watchful eye on the younger children when they

wandered too close to the water without their life-vests. Lee also

data:text/html;charset=utf-8,%3Cdiv%20class%3D%22ylv3435985680gmail_default%22%20id%3D%22yil_3_16_0_1_141912223%22%844_00004%224644  1/02

enjoyed spending time with our adult family members, and often helped with anything that needed

to be done at our afternoons at the lake. Lee's cheerful positive attitude made our family picnics a

great time.

I do understand the severity of the obscenity offense Lee is charged with.

However, I respectfully request you consider the examples I have written of Lee's good character.

Lee has always been a law-abiding citizen, someone who was proud of serving his country as a

member of the U.S. Marine Corps, and a midshipman at the U.S. Naval Academy.

Lee is a loving husband and father, as well as a loving and caring son to his parents.

Very Respectfully,

Russell H. Conklin

Your Honor,

I respectfully request your time to read this letter which I compose for the purpose to inform you on the good character of my nephew, Lee R. Moore. I have known Lee for over 37 years, and I can confirm that family is very important to him. Lee would come to many family occasions and show genuine love and concern for everyone, especially on the occasion of his grandfather's 80th birthday. It was the first time the family had met Lee's wife, Rebecca. He was so proud to have our family meet and get to know her. It was very obvious of his love for her and that our family to welcome her to our large loving family. Lee always takes the time to stay in contact with family members. Family is very important to him.

Lee and I have a very close relationship and he asked me to fly up to Maryland to officiate his marriage to Rebecca. It was my pleasure to marry them in front of many family members. I will never forget that day, and the never ending smile of happiness on Lee's face.

I know of the allegations of obscenity facing my nephew. However, I want to express my sincere hope that the court will take in consideration the facts I have listed above. I hope this letter will give you an idea of his good character and help him get another opportunity to prove this was an unusual occurrence.

Thank you for taking the time to read this letter.

Frank Conklin

page 1 of 2

Regarding Lee Robert Moore

To whom it may concern,

Lee Robert Moore "Rob" is the godfather to my child and I have know him for almost 12 years. I have always known him to be an honest and hard working person, and a loving and dedicated father. I am aware of the charges against him, and I have read much from various media publications — giving much detail regarding his case.

If the alligations are true, I will be disappointed in his choices, however I sincerly believe that Rob is a good, decent human being, who made a mistake when confronted with temptation. I also believe that he would be extremely remorseful, since I know Rob to be a highly moral person. I know that Rob's thoughts are with Rebecca and their two children.

page 2 of 2

More than anything I know Rob would regret these choices that would bring hardship to his family. Rob is a wonderful father and provider for his children. Their lives will be badly effected should he not be allowed back into their lives. They depend on him and love him — and he also depends on them and loves them.

I would also like to express my faith and belief in Rob. Regardless of the outcome of these proceedings he will remain my friend and godfather to my child. I will have no reservation inviting him to my house, or around my family, as I believe any actions on his part to be a mistake — one I believe he would never commit again.

Thank you,

Raina Dewald

Raina Dewald